# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-five.

Before:     Beth Robinson,
            Myrna Pérez,
            Alison J. Nathan,
                *Circuit Judges.*

---

Board of Trustees of the Bakery Drivers Local 550
and Industry Pension Fund,                          **ORDER**

            Plaintiff - Appellant,                  Docket No. 23-7868

    v.

Pension Benefit Guaranty Corporation,

            Defendant - Appellee.

---

Appellee moves for a stay of the Court's mandate pending Appellee's filing of a petition for a writ of certiorari in the Supreme Court.

IT IS HEREBY ORDERED that the motion is DENIED.


For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court