**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-five.

Before:     Beth Robinson,
               Myrna Pérez,
               Alison J. Nathan,
                   *Circuit Judges*.

_____

| | |
|---|---|
| Board of Trustees of the Bakery Drivers Local 550 and Industry Pension Fund, | **JUDGMENT** |
|        Plaintiff - Appellant, | Docket No. 23-7868 |
|     v. | |
| Pension Benefit Guaranty Corporation, | |
|        Defendant - Appellee. | |

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED, and the case is REMANDED with instruction to (1) enter summary judgment for the Fund, (2) vacate the Pension Benefit Guaranty Corporation's ("PBGC") denial of the Fund's Special Financial Assistance application, and (3) remand to the PBGC for reconsideration.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/31/2025**